B-2100 (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

**JERALD W GARRIOTT**

§
§
§
§
§

**CASE NO.**
**22-19025-JNP**
**Chapter 13**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Caliber Home Loans, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should
be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 1
Amount of Claim: $ 252194.01
Date Claim Filed: 11/29/2022

Phone: (800)365-7107
Last Four Digits of Acct #:_7237

Phone: (800) 643-0202
Last Four Digits of Acct.#:_7237

Name and Address where transferee payments should
be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip

Date:                    12/13/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Main District of NEW JERSEY**

| | | | |
|---|---|---|---|
| IN RE: | | § | |
| | | § | **CASE NO.** |
| **JERALD W GARRIOTT** | | § | **22-19025-JNP** |
| | | § | **Chapter 13** |
| | | § | |

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 12/13/2022 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*

JERALD W GARRIOTT
111 Bayridge Rd
Cape May, NJ 08204-3310

**Debtors' Attorney**

**Chapter 13 Trustee**
ISABEL C. BALBOA
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart